UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| UNITED STATES OF AMERICA, | SATISFACTION OF JUDGMENT |
| -against- | Criminal Docket<br>No. CR-08-0076 |
| JOSEPH SCOPO, | (Weinstein, J.) |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

WHEREAS, a judgment was imposed against the defendant and in favor of the United States of America, in the amount of $12,980.00, that is, restitution in the amount of $12,880.00, and a special assessment in the amount of $100.00, on September 19, 2008, in the above-captioned case, and thereafter entered on the docket sheet by the Clerk of the Court on October 28, 2008; and

WHEREAS, said judgment has been fully paid as to the defendant JOSEPH SCOPO;

THEREFORE, the Clerk of the Court is hereby authorized and requested to cancel, satisfy, and discharge the same solely as to the defendant JOSEPH SCOPO.

Dated:     Brooklyn, New York
           February 15, 2017

                                    ROBERT L. CAPERS
                                    United States Attorney
                                    Eastern District of New York
                                    271 Cadman Plaza East, 8th Fl.
                                    Brooklyn, New York 11201

                         By:        /s/
                                    PETER A. LASERNA
                                    Assistant U.S. Attorney
                                    (718) 254-6152